IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JERMAINE TRIPPETT,                     :
          Petitioner,              :
                          :
                          :      3:14-cv-1827
       v.                                   :
                          :      (Judge Mariani)
DAVID EBBERT,                          :
          Respondent.              :

## ORDER

**NOW, THEREFORE,** this _12th_ day of November, 2014, in accordance with the

Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The petition for writ of habeas corpus is **DISMISSED** as moot.

2.     The Clerk of Court is directed to **CLOSE** the case.


Robert D. Mariani
United States District Judge